Nationwide Mutual Insurance Company, a Corporation, Plaintiff-Appellant, v. Paul C. Christakis, Defendant-Appellee.

Gen. No. 66–99.

Second District.

March 29, 1967.

Seymour A. Greenblatt, of Waukegan, for appellant; Peter J. Collins, of Waukegan, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.